432 A.2d 258

Commonwealth v. Cwalina, Appellant.

Kathleen Cwalina, participating party.

Argued September 8, 1980. David N. Cwalina, appellant, in propria persona; Philip A. Arnold, for Commonwealth, appellee; Samuel Andes, submitted a brief on behalf of Kathleen M. Cwalina, participating party.

Before SPAETH, HESTER and CAVANAUGH, JJ.

Order affirmed.